**Electronically Filed
Supreme Court
SCWC-11-0000661
05-AUG-2014
01:08 PM**

SCWC-11-0000661

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

STANLEY K. HUIHUI, JR.,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000661; FC-CR. NO. 10-1-271K)

ORDER OF CORRECTION
(By: Nakayama, J.)

IT IS HEREBY ORDERED that the memorandum opinion of the court filed on June 18, 2014 is corrected as follows:

On the first page, the trial court case number is corrected so that it now reads "FC-CR. NO. 10-1-271K."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, August 5, 2014.

/s/ Paula A. Nakayama

Associate Justice